No. 22-2602

# U.S. Court of Appeals for the Seventh Circuit

MARK A. PATTERSON,

*Plaintiff-Appellee,*

v.

HOWARD HOWE,

*Defendant-Appellant.*

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA IN CASE NO. 1:16-CV-03364-DML-SEB

**REPRESENTATION STATEMENT**

CHRISTOPHER C. MURRAY
  *Counsel of Record*
TODD J. KAISER
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
(317) 916-1300
christopher.murray@ogletree.com
todd.kaiser@ogletree.com
*Attorneys for Appellant*

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, the undersigned counsel who filed the notice of appeal state that they represent Appellant-Defendant Howard Howe in this appeal.

Respectfully submitted,

by: s/Christopher C. Murray
    CHRISTOPHER C. MURRAY
      *Counsel of Record*
    TODD J. KAISER
    OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
    300 N. Meridian St., Suite 2700
    Indianapolis, Indiana 46204
    (317) 916-1300
    christopher.murray@ogletree.com
    todd.kaiser@ogletree.com

Attorneys for Appellant

## CERTIFICATE OF SERVICE

I certify that on this 26th day of September, 2022, I caused this Docketing Statement to be served by e-mail and U.S. Mail on the counsel listed below:

>   Robert E. Duff
>   INDIANA CONSUMER LAW GROUP/
>   THE LAW OFFICE OF ROBERT E. DUFF
>   robert@robertdufflaw.com
>   P.O. Box 7251
>   Fishers, IN 46037

s/Christopher C. Murray