No. 22-3083

# U.S. Court of Appeals for the Seventh Circuit

MARK A. PATTERSON,

*Plaintiff-Appellee,*

v.

HOWARD HOWE,

*Defendant-Appellant.*

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA IN CASE NO. 1:16-CV-03364-DML-SEB

**MOTION TO CORRECT NOTICE OF DOCKETING**

CHRISTOPHER C. MURRAY
　*Counsel of Record*
TODD J. KAISER
OGLETREE, DEAKINS, NASH,
　SMOAK & STEWART, P.C.
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
(317) 916-1300
christopher.murray@ogletree.com
todd.kaiser@ogletree.com
*Attorneys for Appellant*

Appellant-Defendant Howard Howe, by counsel, respectfully moves the Court to correct a typographical error in the Notice of Docketing. [Document 1-3.] The Notice of Docketing incorrectly states that this appeal was filed on January 18, 2022. *See* Document 1-3 at 1 ("Date NOA filed in District Court: 01/18/2022.") This appears to be a typographical error for November 18, 2022, *i.e.* "11/18/2022", when the notice of appeal was filed in this matter.

Appellant also respectfully notes that due to this typographical error, the Notice of Case Opening inaccurately states that Appellant's Docketing Statement was due on January 25, 2022. *See* Document 1-2 at 1 ("Docketing Statement due 01/25/2022").

        Respectfully submitted,

        by: s/Christopher C. Murray
            CHRISTOPHER C. MURRAY
              *Counsel of Record*
            TODD J. KAISER
            OGLETREE, DEAKINS, NASH,
              SMOAK & STEWART, P.C.
            300 N. Meridian St., Suite 2700
            Indianapolis, Indiana 46204
            (317) 916-1300
            christopher.murray@ogletree.com
            todd.kaiser@ogletree.com

        Attorneys for Appellant

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of December, 2022, I caused this Motion to Correct Notice of Docketing to be served by e-mail and U.S. Mail on the counsel listed below:

Robert E. Duff
INDIANA CONSUMER LAW GROUP/
THE LAW OFFICE OF ROBERT E. DUFF
robert@robertdufflaw.com
P.O. Box 7251
Fishers, IN 46037

                              s/Christopher C. Murray