# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

May 12, 2023

*By the Court*:

| | |
|---|---|
| MARK A. PATTERSON, | ] Appeals from the United |
| Plaintiff-Appellee, | ] States District Court |
| | ] for the Southern District |
| Nos. 22-2602 and 22-3083   v. | ] of Indiana, Indianapolis |
| | ] Division. |
| HOWARD HOWE, | ] |
| Defendant-Appellant. | ] No. 1:16-cv-03364-DML-SEB |
| | ] |
| | ] Debra McVicker Lynch, |
| | ]     Magistrate Judge. |

Upon consideration of the **MOTION FOR LEAVE TO FILE CORRECTED REPLY BRIEF**, filed on May 12, 2023, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk shall file **INSTANTER** the electronically tendered corrected reply brief of the appellant. This brief replaces the reply brief filed on May 5, 2023.